UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JOSEPH ANKUDA., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF )<br>MASSACHUSETTS, )<br>)<br>Defendant. )<br>) | Civil Action No. 25-11697-MJJ |

ORDER

**JOUN, D.J.**

Paul Joseph Ankuda ("Mr. Ankuda"), who is representing himself, has filed a civil complaint against the "Commonwealth of Massachusetts et al. and each of them." [Doc. No. 1 at 1]. Although Mr. Ankuda's complaint is not completely clear, it appears that he is a pretrial detainee, and that he is challenging the pending criminal prosecution against him and the fact of his confinement. In his prayer for relief, Mr. Ankuda states: "Let the chips fall where they lie! They make their beds, let them lie in it! United States and Federal gov't out of my life and off my back." [*Id.* at 5]. Mr. Ankuda has not paid the $405 filing fee or filed a motion for leave to proceed *in forma pauperis*.

The Court will dismiss this case without prejudice. To the extent Mr. Ankuda is challenging the validity of the criminal prosecution against him, the Court must refrain from exercising jurisdiction over his claims to avoid interfering with the state proceedings. *See*

2

*Sprint Commc'ns, Inc. v. Jacobs*, 571 U.S. 69, 72; (2013); *Younger v. Harris*, 401 U.S. 37 (1971). If Mr. Ankuda wishes to bring a lawsuit regarding a different matter, he may do so by commencing a new action.

    Accordingly, this action is DISMISSED without prejudice.

    SO ORDERED.

                                                  /s/ Myong J. Joun
                                                  United States District Judge

Dated: December 18, 2025